UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RONALD LAMONT DAVIS, #223815, )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>MICHIGAN DEPARTMENT OF CORRECTIONS, )<br>et al., )<br>Defendants. )<br>) | No. 2:18-cv-6<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 43), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: September 26, 2019                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge